IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SYNTHEIA COLEMAN-ALLEN and, EUGENE ALLEN, <br> Plaintiffs, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., <br> Defendant. | § § § § § § § § § § Civil Action No. 3:19-CV-0366-M-BH |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant's Motion for Judgment on the Pleadings and Brief in Support*, filed July 10, 2019 (doc. 16), is **GRANTED in part**, and the *Defendant's Motion for Summary Judgment*, filed December 10, 2019 (doc. 25), is **DENIED as moot.** By separate judgment, all of the plaintiffs' claims against Select Portfolio Servicing, Inc. will be **DISMISSED with prejudice.**

**SIGNED** this 26th day of February, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE